**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph Shane COOLEY, Defendant–**
**Appellant.**

**No. 04–16435**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 11, 2005.

Robert G. Davies, Randall J. Hensel, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Robert A. Dennis, Jr., Federal Public Defender's Office, Kafahni Nkrumah, Pensacola, FL, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM.

Robert A. Dennis, Jr., appointed counsel for Joseph Shane Cooley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cooley's conviction and sentence are **AFFIRMED**.